**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1457**

———————

BERNARD J. CARL,

            Plaintiff - Appellant,

      v.

BERNARDJCARL.COM; FABRICE MARCHISIO; COTTY VIVANT MARCHISIO
& LAUZERAL,

            Defendants – Appellees,

      and

NS HOLDING, INC., f/k/a Network Solutions, Incorporated;
JOHN DOE #1; JOHN DOE #2,

            Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:07-cv-01128-TSE-TRJ)

———————

Submitted:  August 19, 2011        Decided:  September 7, 2011

———————

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bernard J. Carl, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard J. Carl appeals the district court's judgment awarding Carl $20,000 in punitive damages. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carl v. BernardJCarl.com, No. 1:07-cv-01128-TSE-TRJ (E.D. Va. Apr. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED